**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| ELITE MEDICAL STAFFING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-00396-HAB-SLC |
| ) | |
| LANDMARK RECOVERY OF CARMEL, LLC ) | |
| D/B/A PRAXIS OF FORT WAYNE, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR DEFAULT JUDGMENT**

On January 23, 2025, Plaintiff, Elite Medical Staffing, LLC ("**Plaintiff**"), by counsel, filed a Motion for Clerk's Entry of Default. [Doc. 43]. The Clerk issued an Entry of Default against Defendant, Landmark Recovery of Carmel, LLC d/b/a Praxis of Fort Wayne ("**Defendant**") on February 18, 2025. [Doc. 44]. Plaintiff now files this Motion for Default Judgment against Defendant pursuant to Federal Rule of Civil Procedure 55(b) and requests that the Clerk's/Court's default judgment include an order (1) granting judgment in favor of Plaintiff and against Defendant, for Plaintiff losses incurred as set forth in the Complaint, which currently total $219,635.75; (2) granting Plaintiff's additional attorneys' fees and costs, which currently total $21,039.92; and (3) post-judgment interest and such other relief as the Court deems equitable and just. This Motion is supported by a Memorandum of Law filed contemporaneously herein, and upon any other evidence and agreement that may be presented to the Court on this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and enter default judgment in favor of Plaintiff, Elite Medical Staffing LLC, against Defendant, Landmark Recovery of Carmel LLC, d/b/a Praxis of Fort Wayne for a total amount of $240,675.67, as well as statutory post-judgment interest and such other relief as the Court deems equitable and just.

Respectfully submitted,

P O D L A S K I
ATTORNEYS

*/s/ Nicholas A. Podlaski*
Nicholas A. Podlaski (#32412-02)
Attorney for Plaintiff
110 E. Berry Street, Suite 101
Fort Wayne, Indiana 46802
Telephone: 260-222-2902
Nick@podlaskilegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 18, 2025, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all interested parties registered by operation of the Court's electronic filing system or via certified mail. Parties may access this filing through the Court's system.

Certified Mail to:
Landmark Recovery of Carmel, LLC
d/b/a Praxis of Fort Wayne
c/o Registered Agent Business Commercial
Registered Agent
550 Congressional Blvd., Suite 115-58
Carmel, IN 46032

*/s/ Nicholas A. Podlaski*
Nicholas A. Podlaski
